Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY J. GOGGINS, as Administratrix, etc., of PATRICK GOGGINS, Deceased, v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

CHARLES H. MORRIS and Others v. DAVID A. SCHULTE and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

C. H. LEACH COMPANY v. AMERICAN LOCOMOTIVE COMPANY and ALCO PRODUCTS, INC.— Motion for leave to appeal to the Court of Appeals granted; questions certified. [See ante, p. 734.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MILTON J. GORDON v. THE HOME INSURANCE COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated as indicated in order. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHARLES H. KINCH v. CANADIAN BANK OF COMMERCE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN S. GELLERT v. FAIRMAN R. DICK and Others.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 734.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CARDO LABORATORIES, INC., and Another, Impleaded with ARNOLD M. GOLDSTEIN, Receiver Appointed under Section 353-a of the General Business Law.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and PAUL LUCKE, as Sole Surviving Director of MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and Conservator of Its Property, v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and of Said PAUL LUCKE, as Surviving Director and Conservator and Others. SAMUEL E. MORRO [MORROW] and Others v. MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and Others. UNITED STATES OF AMERICA. MICHAEL IMCHANITZKY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JACOB M. KRAM and Others, as Executors, etc., of LOUIS KRAM, Deceased, and of the Application for Permission to Resign as Trustees. EMMA JOSEPHSON and JESSE JOSEPHSON. GEORGE I. KRAM and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.